UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORA VEACH-OSTERLUND,

    Plaintiff,

                         CIVIL NO. 10-14705

vs.

                         HON. PATRICK J. DUGGAN
                         MAG. JUDGE VIRGINIA M. MORGAN

UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE, STATE
FARM MUTUAL INSURANCE COMPANY,

    Defendants.
_____/

## STIPULATED ORDER FOR DISMISSAL WITHOUT PREJUDICE

    Plaintiff Lora Veach-Osterlund and defendants United States of America and the United States Postal Service, by and through their undersigned attorneys, stipulate to entry of an order dismissing the above-captioned case without prejudice and with each party bearing his/her own costs and attorney fees.

| | |
|---|---|
| EISENBERG & FIELDS, PLLC | BARBARA L. McQUADE<br>United States Attorney |
| s/*Gary S. Fields (with consent)* | s/*Laura A. Sagolla* |
| GARY S. FIELDS (P48799) | LAURA A. SAGOLLA (P63951) |
| 2000 Town Center, Suite 1780 | Assistant United States Attorney |
| Southfield, Michigan 48075 | 211 W. Fort Street, Suite 2001 |
| (248) 357-3550 | Detroit, Michigan 48226 |
| gfields@ebflegal.com | (313) 226-9774 |
| | laura.sagolla@usdoj.gov |
| Dated: February 8, 2011 | Dated: February 8, 2011 |

**IT IS SO ORDERED.**

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 9, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 9, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

2